UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 1:09-cr-138, Ramsey |
| | ) | 1:10-cr-134, Carillo |
| LEAVE OF ABSENCE REQUEST | ) | 1:10-cr-135, "Alex" |
| | ) | 1:11-cr-307, Williford, |
| NANCY C. GREENWOOD | ) | 1:12-cr-187, Hawkins |
| January 26 through 29, 2015, and | ) | 1:14-cr-016, Erskine |
| March 27, 2015 | ) | 1:14-cr-058, Benjamin |
| | ) | 1:14-cr-060, Intakanok |
| | ) | 1:14-cr-068, T. McDonald |
| | ) | 1:14-cr-123, Kennedy |
| | ) | 1:14-cr-125, Gilbert |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Nancy C. Greenwood for January 26 through 29, 2015, and March 27, 2015, to attend a conference and for vacation outside of the district, the same is hereby GRANTED.

This 5th day of January, 2015.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA